# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.5)
### Eastern Division

Megan Taylor, et al.

                        Plaintiff,

v.                                                           Case No.: 1:23–cv–16439

                                                                       Honorable Sunil R. Harjani

Dave's Killer Bread, Inc., et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 17, 2026:

       MINUTE entry before the Honorable Sunil R. Harjani: In light of the notice of settlement, all pending dates are stayed. Any motion for approval is due by 3/19/2026. A tracking status is set for 3/26/2026 at 9:15 a.m. The pending motion to dismiss [110] is stricken without prejudice in light of the settlement. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.